UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

In re   **Alexis Martin Neely**                                        Case No.

Debtor.                                                                Chapter   7

## STATEMENT OF MONTHLY NET INCOME

The undersigned certifies the following is the debtor's monthly income.

| Income: | Debtor |
|---|---|
| Six months ago | $3,807.46 |
| Five months ago | $3,807.46 |
| Four months ago | $4,306.73 |
| Three months ago | $3,807.46 |
| Two months ago | $3,807.46 |
| Last month | $3,966.60 |
| Income from other sources | $0.00 |
| Total net income for six months preceding filing | $ 23,503.17 |
| **Average Monthly Net Income** | $ 3,917.19 |

Attached are all payment advices received by the undersigned debtor prior to the petition date, I declare under penalty of perjury that I have read the foregoing statement and that it is true and correct to the best of my knowledge, information, and belief.

Dated: 8/24/12

Alexis Martin Neely
Debtor

DO NOT ACCEPT THIS CHECK without confirming presence of Artificial Watermark on back. Other security features are listed on back.

**ITS ALL HAPPENING LLC**
2248 MERIDIAN BLVD STE H
MINDEN, NV 89423

**Direct Deposit Advice**
**Check Date**    **Voucher Number**
June 29, 2012    1003

## ***This is not a check***
Direct Deposit Voucher

ITS563 100    4   1003   4
**ALEXIS MARTIN NEELY**
993 CR 46
BERTHOUD, CO 80513

---

**ITS ALL HAPPENING LLC**
2248 MERIDIAN BLVD STE H
MINDEN, NV 89423

**Earnings Statement**

Check Date:    June 29, 2012
Period Beginning:    June 11, 2012
Period Ending:    June 25, 2012

**ALEXIS MARTIN NEELY**    Employee Number    4    Department    100

Voucher Number    1003
Net Pay    1,903.73
Check Amount

| Earnings | Rate | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|---|
| Reg | 0.00 | | 2500.00 | | 2500.00 |
| **Total Gross Pay** | | | **2500.00** | | **2500.00** |

| Taxes | Status | Taxable | Amount | YTD Amt |
|---|---|---|---|---|
| Medicare | | 2500.00 | 36.25 | 36.25 |
| OASDI | | 2500.00 | 105.00 | 105.00 |
| Federal Income Tax | S/2 | 2500.00 | 358.02 | 358.02 |
| Colorado SITW | S/2 | 2500.00 | 97.00 | 97.00 |
| **Total Tax Withholding** | | | **596.27** | **596.27** |

| Deductions | Amount | YTD Amt |
|---|---|---|
| No Deductions | | |

| Direct Deposits | Account | Amount |
|---|---|---|
| xxxxx5319 | xxxxxx6094 | 1903.73 |
| **Total Direct Deposits** | | **1903.73** |

| Benefits | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|

| Accruals | | Dollars |
|---|---|---|

DO NOT ACCEPT THIS CHECK without confirming presence of a watermark on the back of the document

ITS ALL HAPPENING LLC
2248 MERIDIAN BLVD STE H
MINDEN, NV 89423

**Direct Deposit Advice**
Check Date   Voucher Number
July 13, 2012   1011

# ***This is not a check***
Direct Deposit Voucher

ITS563 100   4 1011 3
**ALEXIS MARTIN NEELY**
993 CR 46
BERTHOUD, CO 80513

---

ITS ALL HAPPENING LLC
2248 MERIDIAN BLVD STE H
MINDEN, NV 89423

**Earnings Statement**

Check Date:      July 13, 2012
Period Beginning: June 26, 2012
Period Ending:   July 10, 2012

**ALEXIS MARTIN NEELY**   Employee Number   4   Department   100   Voucher Number   1011
Net Pay   844.56
Check Amount

| Earnings | Rate | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|---|
| Reg | 0.00 | | 1000.00 | | 3500.00 |
| **Total Gross Pay** | | | 1000.00 | | 3500.00 |

| Taxes | Status | Taxable | Amount | YTD Amt |
|---|---|---|---|---|
| Medicare | | 1000.00 | 14.50 | 50.75 |
| OASDI | | 1000.00 | 42.00 | 147.00 |
| Federal Income Tax | S/2 | 1000.00 | 70.94 | 428.96 |
| Colorado SITW | S/2 | 1000.00 | 28.00 | 125.00 |
| **Total Tax Withholding** | | | 155.44 | 751.71 |

| Deductions | Amount | YTD Amt |
|---|---|---|
| No Deductions | | |

| Direct Deposits | Account | Amount |
|---|---|---|
| xxxxx5319 | xxxxxx6094 | 844.56 |
| **Total Direct Deposits** | | 844.56 |

| Benefits | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|

| Accruals | | | | Dollars |
|---|---|---|---|---|

COMPASS BANK
CENTENNIAL, CO

82-531/1070

**FAMILY WEALTH INSTITUTE INC**
553 N PACIFIC COAST HIGHWAY
SUITE B -400
REDONDO BEACH, CA 90277

**Check Date** July 13, 2012

**Check Number** 10005

VOID AFTER 90 DAYS

Pay this Amount: One Thousand, Two Hundred Eighteen Dollars and Thirty One Cents **************

$ ****** 1,218.31

FAM316 100   12  10005  4

Pay to the order of:
**ALEXIS MARTIN NEELY**
993 CR 46
BERTHOUD, CO 80513

Authorized Signature

⑆00000 10005⑆ ⑈107005319⑈ 2520543166⑆

---

**FAMILY WEALTH INSTITUTE INC**
553 N PACIFIC COAST HIGHWAY
SUITE B -400
REDONDO BEACH, CA 90277

**Earnings Statement**

Check Date: July 13, 2012
Period Beginning: June 26, 2012
Period Ending: July 10, 2012

**ALEXIS MARTIN NEELY**   Employee Number   12   Department   100

Check Number   10005
Net Pay   1,218.31
Check Amount   1,218.31

| Earnings | Rate | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|---|
| Reg | 0.00 | | 1500.00 | | 21500.00 |
| 1099 | | | | | 2500.00 |
| **Total Gross Pay** | | | 1500.00 | | 24000.00 |

| Taxes | Status | Taxable | Amount | YTD Amt |
|---|---|---|---|---|
| Medicare | | 1500.00 | 21.75 | 311.75 |
| OASDI | | 1500.00 | 63.00 | 903.00 |
| Federal Income Tax | S/2 | 1500.00 | 145.94 | 3010.10 |
| Colorado SITW | S/2 | 1500.00 | 51.00 | 924.00 |
| **Total Tax Withholding** | | | 281.69 | 5148.85 |

| Deductions | Amount | YTD Amt |
|---|---|---|
| No Deductions | | |

| Direct Deposits | Account | Amount |
|---|---|---|
| No Direct Deposits | | |

| Benefits | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|

| Accruals | | Dollars |
|---|---|---|

LIFT FOUNDATION SYSTEMS LLC
553 N. PACIFIC COAST HWY STE #B-400
REDONDO BEACH, CA 90277

Direct Deposit Advice
Check Date     Voucher Number
July 31, 2012     1288

# ***This is not a check***
DIRECT DEPOSIT VOUCHER

LIF834 100    2 1288 3
**ALEXIS M NEELY**
993 CR 46
BERTHOUD, CO 80513

---

LIFT FOUNDATION SYSTEMS LLC
553 N. PACIFIC COAST HWY STE #B-400
REDONDO BEACH, CA 90277

**Earnings Statement**

Check Date:    July 31, 2012
Period Beginning:    July 10, 2012
Period Ending:    July 25, 2012

**ALEXIS M NEELY**     Employee Number    2     Department    100     Voucher Number    1288
Net Pay    1,903.73
Check Amount

| Earnings | Rate | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|---|
| Reg | 0.00 | | 2500.00 | | 7500.00 |
| **Total Gross Pay** | | | **2500.00** | | **7500.00** |

| Taxes | Status | Taxable | Amount | YTD Amt |
|---|---|---|---|---|
| Medicare | | 2500.00 | 36.25 | 108.75 |
| OASDI | | 2500.00 | 105.00 | 315.00 |
| Federal Income Tax | S/2 | 2500.00 | 358.02 | 1074.06 |
| Colorado SITW | S/2 | 2500.00 | 97.00 | 291.00 |
| **Total Tax Withholding** | | | **596.27** | **1788.81** |

| Deductions | Amount | YTD Amt |
|---|---|---|
| No Deductions | | |

| Direct Deposits | Account | Amount |
|---|---|---|
| xxxxx5319 | xxxxxx6094 | 1903.73 |
| **Total Direct Deposits** | | **1903.73** |

| Benefits | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|

| Accruals | | | | Dollars |
|---|---|---|---|---|

Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview

**ITS ALL HAPPENING LLC**
2248 MERIDIAN BLVD STE H
MINDEN, NV 89423
(310) 995-4133

**Voucher Date** 08/21/2012
**Voucher Number** 1028

**Direct Deposit Advice**

*** This is not a check***

**Direct Deposit Amount** ******1,903.73

ITS563  4 08/21/12 1028
**ALEXIS MARTIN NEELY**
993 CR 46
BERTHOUD, CO 80513

Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview

### ALEXIS MARTIN NEELY — August 21, 2012 — 1028

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Emp Id | 4 | Loc | 100 | Period Begin | 07/26/12 | Net Pay | 1,903.73 |
| SSN | 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 | Hire Date | 06/27/12 | Period End | 08/10/12 | Dir Dep | 1,903.73 |
| | | Status | A | Check Type | Reg | | |

#### Earnings Summary

| Total Gross Pay | Hours | Rate | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Regular | 0.00 | | 2,500.00 | 6,000.00 |
| | 0.00 | | 2,500.00 | 6,000.00 |

| Taxes | Status | Taxable | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Federal Income Tax | S-2 | 2,500.00 | 358.02 | 786.98 |
| OASDI | | 2,500.00 | 105.00 | 252.00 |
| Medicare | | 2,500.00 | 36.25 | 87.00 |
| Colorado SITW | S-2 | 2,500.00 | 97.00 | 222.00 |
| | | | 596.27 | 1,347.98 |

#### Direct Deposits

| Bank | Account | Current Amt |
|---|---|---|
| Checking Account | Ends with ***6094 | 1,903.73 |
| | | 1,903.73 |

#### Payment Summary for Voucher 1028

| | |
|---|---|
| Total Gross Pay | 2,500.00 |
| Federal Taxes | -499.27 |
| State and Local Taxes | -97.00 |
| Other Deductions | 0.00 |
| Net Pay | 1,903.73 |
| Direct Deposits | -1,903.73 |
| Net Check | 0.00 |

#### Additional Information