B6D (Official Form 6D) (12/07)

In re **Alexis Martin Neely**            Case No. _____
             Debtor                (If known)

# AMENDED SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0877297663<br>Fifth Third Bank<br>801 Eastgate N Drive<br>Cincinnati, OH 45245 | | | Auto Loan<br>2009 Ford Flex<br><br>VALUE $24,587.00 | | | | 28,716.00 | 4,129.00 |
| ACCOUNT NO. 512645179<br>US Bank<br>PO Box 1950<br>Saint Paul, MN 55101-0950 | | | Auto Loan<br>2011 ForestRiver Freelander 32BH RV (vehicle is titled to Debtor, but paid for by Lift Foundation Systems, LLC, which has an equitable interest in the vehicle)<br><br>VALUE $49,634.00 | | | | 52,072.12 | 52,072.12 |
| ACCOUNT NO. 6850238914<br>US Bank<br>PO Box 211128<br>Eagan, MN 55120 | | | Mortgage<br>993 CR 46<br>Berthoud, CO 80513<br><br>VALUE $300,000.00 | | | | 310,467.00 | 10,467.00 |

<u>0</u>    continuation sheets attached

           Subtotal ➢<br>
           (Total of this page)      $    391,255.12    $    66,668.12

           Total ➢<br>
           (Use only on last page)      $    391,255.12    $    66,668.12

(Report also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)