IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | |
| ALEXIS MARTIN NEELY, ) | Case No. 12-27782-MER |
| SSN: XXX-XX-8342 ) | |
| ) | Chapter 7 |
| Debtor. ) | |

## AMENDMENTS TO SUMMARY OF SCHEDULES, SCHEDULE B & SCHEDULE D

The Debtor, by and through her attorneys, Kutner Miller Brinen, P.C., hereby amends her Summary of Schedules, Schedule B and Schedule D in the form of that attached hereto and as described below:

Schedule B was amended to add a 2011 ForestRiver Freelander 32BH RV; Schedule D was amended to add a claim for US Bank secured by the RV, and the Summary of Schedules was amended to reflect the changes made to Schedule B and Schedule D.

Dated: December 21, 2012

Respectfully submitted,

By: /s/ Benjamin H. Shloss

Benjamin H. Shloss, #39276
**KUTNER MILLER BRINEN, P.C.**
303 E. 17th Avenue, Suite 500
Denver, CO 80203
Telephone: (303) 832-2400
Facsimile: (303) 832-1510
E-mail: bhs@kutnerlaw.com

B6 Summary (Official Form 6 - Summary) (12/07)

**United States Bankruptcy Court**
**District of Colorado**

In re **Alexis Martin Neely**, Debtor

Case No. _____

Chapter 7

# AMENDED - SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 300,000.00 | | |
| B - Personal Property | YES | 3 | $ 131,240.85 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 391,255.12 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 3 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 6 | | $ 541,135.68 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 2 | | | $ 3,806.00 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $ 8,227.96 |
| TOTAL | | 20 | $ 431,240.85 | $ 932,390.80 | |

B6B (Official Form 6B) (12/07)

In re **Alexis Martin Neely** , Case No. _____
                Debtor                                                          (If known)

# AMENDED - SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | BBVA $152.37<br>Chase Health Savings Account $329.48<br>Boulder Valley Credit Union: $20 | | 501.85 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Security Deposit w/ landlord | | 2,550.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Couch, coffee table, ottoman, bookshelves, plates, silverware, washer, dryer, fridge, queen bed, 2 double beds, 2 dressers, night table, dining room table and chairs, kitchen hutch, lawn mower, 2 rugs | | 2,825.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Books & Pictures, 3 paintings | | 1,000.00 |
| 6. Wearing apparel. | | Clothing | | 500.00 |
| 7. Furs and jewelry. | | Costume jewelry | | 1,250.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | Trampoline | | 100.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Term Life Insurance | | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | Pensco IRA  $17,280<br>Pensco 401K  $30,513 | | 47,793.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Alexis Martin Neely** , Case No. _____
 Debtor (If known)

# AMENDED - SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2009 Ford Flex $24,587**<br>**1978 Chevy Truck (not working) $500** | | 25,087.00 |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2011 ForestRiver Freelander 32BH RV (vehicle is titled to Debtor, but paid for by Lift Foundation Systems, LLC, which has an equitable interest in the vehicle)** | | 49,634.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | **12 Chickens** | | 0.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Beneficial Interest in The Alexis M. Neely 2005 Irrevocable Trust and The AMN 2010 Irrevocable Trust (discretionary trusts)** | | 0.00 |



B6B (Official Form 6B) (12/07) -- Cont.

In re  Alexis Martin Neely                              ,  Case No. _____
                        Debtor                                            (If known)

# AMENDED - SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | __2__ continuation sheets attached | Total ➤ | $ 131,240.85 |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re **Alexis Martin Neely**     Case No. _____
                Debtor                                                     (If known)

## AMENDED - DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of     **22**     sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: 12/21/12          Signature: *Alexis Martin Neely*
                                                                    Debtor

[If joint case, both spouses must sign]

*Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571*